**FILED**

**JAN - 8 2014**

U.S. Court of Appeals
Fourth Circuit

Joseph F. Anderson, Jr.
United States District Judge
United States Court House
For The District Of South Carolina
901 Richland Street
Columbia, SC    29201


Nathaniel Farmer # 24343-171
Federal Correctional Complex
USP-1 Coleman / P.O. Box 1033
Coleman, Florida    33521

RECEIVED
2014 JAN -8 AM 10: 37
U.S. COURT OF APPEALS
FOURTH CIRCUIT

CR No.: 3:12-513-JFA

---

Reply to Judges Order Dated: 12/13/13

---

Dear Judge,

    I have contacted my attorney several times in the hope that he would send me the before requested documents to no avail. He has not even returned any of my messages or letters. I was hoping that you could assist me in

p. 1 of 3.

OBTAINING THE LEGALWORK REQUESTED. OR ATLEAST HELP ME WITH SOME ASSISTANCE TO GET MY ATTORNEY TO DO IT. ENCLOSED YOU WILL FIND A SIX MONTH PRINTOUT OF MY INMATE ACCOUNT BALANCE DEMOSTRATING MY INDIGENCY UNDER TITLE 28 U.S.C SEC 1915. I ALSO BELIEVE IT IS MY CONSTITUTIONAL RIGHT TO BE ABLE TO DEFEND AGAINST THE ACCUSATIONS AGAINST ME (6 AMENDMENT) WHICH I BELIEVE TO BE MY (5th AMENDMENT) DUE PROCESS.

I HUMBLY REQUEST THIS LEGALWORK SO THAT I MIGHT BE ABLE TO HELP MYSELF TO RETURN TO MY FAMILY ALOT FASTER. ALL IM ASKING IS SOME HELP OBTAINING MY LEGAL PAPERS.

COPIES SENT TO: CAMERON B LITTLEJOHN
1720 MAIN STREET
SUITE 202
COLUMBIA SC 29201
: UNITED STATES COURTS OF APPEALS FOR FOURTH CIRCUIT
1100 EAST MAIN STREET, SUITE 501 RICHMOND, VIRGINIA
23219-3517

p. 2 of 3.

CERTIFICATE OF SERVICE

I, Nathaniel Farmer, certify under penalty of perjury - Title 28 U.S.C sec. 1746(1) that the following reply to the judges order dated: 12/13/13 was mailed by way of R&D mail room here at FCC/USP-1 Coleman - P.O. Box 1033 - Coleman, Florida, 33521 - to the United States District Court - for the District of South Carolina - 901 Richland Street - Columbia, SC 29201 on ~~@~~30, ~~January~~ December 2013.

Humbly Submitted

/S/ _____

Rights Reserved
Without Prejudice

p. 3 of 3.

NATHANIEL FARMER #24343-171
FEDERAL CORRECTIONAL COMPLEX
USP-1 COLEMAN
P.O. BOX 1033
COLEMAN, FLORIDA

" LEGAL MAIL "

UNITED STATES COURTS OF
APPEALS FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK
1100 EAST MAIN STREET
SUITE 501
RICHMOND, VIRGINIA 23219

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS BEEN NEITHER OPENED
NOR INSPECTED. IF THE WRITER RAISES A
QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE,
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED DEC 30 2013